| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RAY BLEDOE, §
　　　　　　　　　　　　§
　　　　Petitioner, §
　　　　　　　　　　　　§
versus　　　　　　　　　§　　CIVIL ACTION NO. 1:15-CV-306
　　　　　　　　　　　　§
R. CHAPA, §
　　　　　　　　　　　　§
　　　　Respondent. §

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ray Bledsoe, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Petitioner has filed a motion asking that his petition be voluntarily dismissed. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted and the petition dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. Petitioner's motion to dismiss is **GRANTED**. A final judgment will be entered dismissing the petition.

SIGNED at Beaumont, Texas, this 8th day of September, 2015.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE